JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Virginia.Tomova@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Diana Carolina Sarita Pena, | Case No. 2:23-cv-01293-APG-EJY |
| Plaintiff, | |
| v. | **Stipulation and Order to Extend the Time to File a Responsive Pleading to Complaint for Injunctive Mandamus Relief** |
| Alejandro Mayorkas, in his official capacity as Secretary of U.S. Department Homeland Security; U.S. Department of Homeland Security; Ur M. Jaddou, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; United States of America; and John Does 1 through XX, inclusive. | |
| Defendants. | |

Plaintiff Diana Carolina Sarita Pena and Defendants, Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security; U.S. Department of Homeland Security, Ur Mendoza Jaddou, Director, U.S. Citizenship and Immigration Services (USCIS), and United States of America; (collectively "Defendants"), hereby stipulate and agree as follows:

1.     On August 21, 2023, Plaintiff filed a Complaint for Mandamus Relief pursuant to 8 U.S.C. § 1255(a), asking this Court to compel Defendants to adjudicate Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status within thirty (30) days of the filing of the Complaint, or within a time deemed reasonable by this Court.

2.      On August 30, 2023, Plaintiff served the United States with a copy of the Summons and Complaint. An Answer or other response to the Complaint is due on October 24, 2023.

3.      Plaintiff and Defendants are working to resolve this matter without further involvement by the Court.  Defendants, specifically USCIS, in reviewing Plaintiffs' Petition, determined that it needs additional evidence from Plaintiff.

4.      On September 12, 2023, USCIS issued Requests for Evidence ("RFE") to Plaintiff. Plaintiff's response to the RFE is pending.

5.      Because further consideration of Plaintiff's Application may allow for resolution of this case without judicial intervention, the parties respectfully request a sixty (60) day extension from the current October 24, 2023 deadline to file a responsive pleading. If the stipulation is approved, the Defendants' deadline to file a responsive pleading will be December 26, 2023.

6.      This motion is for good cause and not any improper purpose. The Parties believe there will be no prejudice to the Plaintiff if the Court grants the motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Parties respectfully request an extension of time of sixty (60) days, up to and including **December 26, 2023**, for Defendants to file a responsive pleading to the Complaint.

Respectfully submitted this 20th day of October 2023.

REZA ATHARI, MILLS & FINK, PLLC
A Multijurisdictional Firm

_/s/ Gary Fink_____
GARY FINK, ESQ.
Nevada Bar No. 8064
3365 Pepper Lane, Suite 102
Las Vegas, Nevada 89120
Telephone: (702) 727-7777

*Attorneys for Plaintiff*

JASON M. FRIERSON
United States Attorney

_/s/ Virginia T. Tomova_____
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. South, Suite1100
Las Vegas, Nevada 89101

*Attorneys for United States of America*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _October 20, 2023_____

3