GARY FINK, ESQ.
NEVADA BAR NO. 8064
**REZA ATHARI, MILLS & FINK, PLLC**
**A Multijurisdictional Firm**
3365 Pepper Lane, Suite #102
Las Vegas, Nevada 89120
Tel.: (702) 727-7777; FAX: (702) 458-8508
ATTORNEY FOR THE PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DIANA CAROLINA SARITA PENA

        Plaintiffs,

vs.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; the UNITED STATES OF AMERICA; and JOHN DOES 1 through XX, inclusive,

        Defendants.

Case No.:2:23-cv-01293-APG-EJY

## ORDER GRANTING **NOTICE OF STIPULATED DISMISSAL**

COME NOW, the Plaintiff, Diana Carolina Sarita Pena, and the Defendants, U.S. Citizenship and Immigration Services, et al., by and through undersigned counsel, and hereby file this Notice of Stipulated Dismissal under Federal Rule of Civil Procedure §41(a)(1)(A)(ii).

Since the date of the filing of the Complaint in this case, the Defendants have formally adjudicated the Plaintiff's I-485 application.

Therefore, this case is now moot.

The Parties stipulate to a dismissal of this case with prejudice and with all parties to bear their own fees and costs.

DATED this 21st day of December, 2023

Respectfully Submitted:

/s/ Gary S. Fink
_____
GARY S. FINK, ESQ.
NEVADA BAR NO. 8064
**REZA ATHARI, MILL & FINK, PLLC**
**A Multijurisdictional Firm**
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777
FAX: (702) 458-8508
ATTORNEY FOR PLAINTIFF


/s/ Virginia Tomova
_____
VIRGINIA TOMOVA, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
ATTORNEY FOR DEFENDANTS


IT IS SO ORDERED:

Dated: January 12, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2